# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1895
Lower Tribunal No. 2013-CF-007520

_____

FREDDIE L. SOLOMON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Dana Y. Moore, Judge.

April 7, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and KAMOUTSAS, JJ., concur.


Freddie L. Solomon, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED